IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDDIE J. KELLY,                   )
                                  )
     Plaintiff,                   )
                                  )        CIVIL ACTION NO.
     v.                           )          2:23cv740-MHT
                                  )              (WO)
ALABAMA DEPARTMENT OF             )
CORRECTIONS, et al.,              )
                                  )
     Defendants.                  )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner at Ventress Correctional Facility, filed this lawsuit asserting that the defendants denied him procedural due process and were deliberately indifferent to his need for healthcare.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of July, 2024.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE

2